**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

May 3, 2022

RE: *USA v. Bakari et al.*
    *PWG 22-cr-109*

**<u>LETTER ORDER</u>**

Dear Counsel:

In accordance with the Speedy Trial Act, this case has been set for a trial having an estimated length of eight (8) days beginning at **9:00 a.m. on Monday, January 9, 2023**.

Jury selection will begin at **9:00 a.m. on Monday, January 9, 2023.**

Pre-trial motions are to be filed on or before **August 1, 2022**; responses are to be filed on or before **September 2, 2022**; replies are to be filed on or before **September 16, 2022**.

Unless otherwise ordered by the Court memoranda in support of each motion and opposition shall not exceed 25 pages, exclusive of exhibits, table of contents, etc. Exhibits should be tabbed and key portions highlighted. Reply memoranda are not to exceed 15 pages. The parties are directed to use 12-point Times New Roman font, 10-point footnotes.

On **Wednesday, October 12, 2022 at 9:00 a.m**, a pretrial motions hearing will be held before the undersigned. On or before **September 21, 2022**, the parties shall file a summary of testimony, including expert testimony, to be introduced at the motions hearing and the estimated length of the hearing.

Government expert disclosures are due on or before **October 11, 2022**. Defense expert disclosures are due on or before **December 9, 2022.**

Fed. R. Evid. 1006 disclosures are due on or before **October 14, 2022.**

Fed. R. Evid. 902(11), (12), (13), and (14) certifications are due on or before **October 14, 2022**; objections are due on or before **October 28, 2022**.

Motions In Limine (letter format, limited to three pages, single space, per legal issue) are to be filed on or before **September 30, 2022**; responses are due on or before **October 14, 2022**. A hearing regarding Motions In Limine will be held on **Thursday, December 1, 2022 at 9:00 a.m.**

On or before **November 10, 2022,** the Government shall prepare and submit to the Court proposed voir dire questions, jury instructions, with citations to sources or legal authority, and a verdict form. The proposed voir dire, jury instructions, and verdict form must be in Word format, to facilitate any editing that may be necessary. If the Government wishes to submit any pattern jury instructions included in L. Sand, *et al.*, <u>Modern Federal Jury Instructions: Criminal</u> <u>Pattern Instructions,</u> (Matthew Bender & Co., Inc.), it needs only to submit a list of the instruction numbers in the order in which they are proposed to be submitted to the jury. If a modified form of a pattern jury instruction is proposed, it should be submitted in red-line format to highlight the changes and must include citation to the authority relied on in support of the modification. Defendant should submit any objections to the proposed voir dire questions, jury instructions, and verdict form on or before **November 17, 2022.**

On **Thursday, December 1, 2022**, immediately following the hearing on Motions In Limine, a pretrial conference will be held before the undersigned. At the pretrial conference, the parties should be prepared to discuss the following:

1. The status of any pending motions and whether there is any need for the filing of additional motions.

2. Whether a hearing is necessary in connection with any pending motions, or motions to be filed at a later date and, if so, the date for the hearing.

3. A report from counsel on the status of any negotiations between the parties that might lead to a plea agreement and, if so, removal of the case from the trial calendar and scheduling of a date for the entry of a guilty plea.

4. An updated estimate from both parties as to the length of the trial.

5. Whether there needs to be any change in the date of the trial and, if so, the scheduling of a new trial date.

6. Any other matters relating to the scheduling of the trial.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____

Paul W. Grimm
United States District Judge

2