# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**         *

    **vs.**                                                   *         Case No.: PWG-22-109

**JULIUS BAKARI**                                  *

    **Defendant**

\* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Julius Bakari (defendant).

I certify that I am admitted to practice in this court.


September 22, 2022                                         /s/
                                                    Adam C. Demetriou
                                                    Brennan McKenna & Lawlor, Chtd.
                                                    Bar Number:  30323
                                                    6305 Ivy Lane, Suite 700
                                                    Greenbelt, MD 20770

                                                    301.474.0044  (telephone number)
                                                    301.474.5730  (facsimile number)
                                                    ademetriou@brennanmckenna.com (email)