# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. PWG-22-109** |
| | : | |
| **JULIUS BAKARI,** | : | |
| | : | |
| **Defendant** | : | |

## DEFENDANT JULIUS BAKARI'S REQUEST FOR SCHEDULING

Defendant, Julius Bakari ("Mr. Bakari"), by and through his counsel, William C. Brennan, Jr., Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Court set a trial schedule. In support of this request, counsel state as follows:

1. On April 2, 2021, Mr. Bakari appeared before United States Magistrate Judge Gina L. Simms for an Initial Appearance on the Criminal Complaint filed against him. (Criminal Complaint, ECF No. 1.) At the conclusion of that proceeding, Mr. Bakari was ordered released pending trial, subject to certain conditions. (Order, ECF No. 11.) Mr. Bakari has remained on conditions of pretrial release for over one-and-a-half-years. He is now charged by way of Superseding Indictment. (ECF No. 117.)

2. By Order of May 3, 2022, this Court scheduled the jury trial in this case for January 9, 2023. (ECF No. 108.)

1

3. On September 28, 2022, this Court conducted a telephonic status conference with counsel. (Paperless Order, ECF No. 124.) At the conclusion of that status conference, this Court indicated that this case would be reassigned to another United States District Judge, who would set all future dates.

4. The docket does not yet reflect the reassignment of this case.

5. Mr. Bakari respectfully requests that this Court communicate with counsel regarding the reassignment of this case. Mr. Bakari also requests a scheduling conference with the new Judge to set deadlines for Rule 16 discovery, pretrial motions, Jencks Act and *Giglio* productions, and motions *in limine*. Mr. Bakari also requests that the Court set a trial date as early as possible in 2023.

6. For the reasons stated above, Mr. Bakari respectfully requests a scheduling conference with the Court and all counsel.

                                                   Respectfully submitted,

                                                   s/_____
William C. Brennan, Jr.
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301-474-0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2022, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland, via ECF.

s/_____
William C. Brennan, Jr.