# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BAKARI, et al.,<br><br>Defendants. | Criminal Action No. PX-22-0109 |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's recorded conference call, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| December 5, 2022 | Deadline for all Rule 16 discovery |
| June 16, 2023 | Motions *in Limine* due |
| July 7, 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| July 14, 2023 at 9:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| August 7, 2023 | Trial begins.  Expected length: 8 days (Monday – Thursday) |

Dated: October 24, 2022

                                                          /S/
                                         Paula Xinis
                                         United States District Judge