IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-22-109 |
| | * | |
| JULIUS BAKARI, | * | |
| MBOUTCHOCK KABIWA, and | * | |
| LAMBERT MBOM, | * | |
| | * | |
| Defendants | * | |
| | * | |

*******

## AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the October 24, 2022 recorded conference call and set forth in the Consent Motion for an Amended Pretrial Scheduling Order, and with the agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| December 5, 2022 | Deadline for all Rule 16 discovery |
| March 6, 2023 | Government Expert Disclosures |
| May 1, 2023 | Fed. R. Evid. 1006 Disclosures |
| | Fed. R. Evid. 902(11), (12), (13) and (14) certifications |
| May 15, 2023 | Objections to Fed. R. Evid. 902(11), (12), (13) and (14) Certifications |
| May 19, 2023 | Defense Expert Disclosures |
| June 16, 2023 | Motions *in Limine* due |
| July 7, 2023 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov (Government responsible for filing; Defendants to indicate proposed changes in redline format.) |
| | Government to provide Jencks and Giglio to Defendant |

| | |
|---|---|
| July 14, 2023 at 9:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| August 7, 2023 | Trial begins. Expected length: 8 days (Monday – Thursday) |

Dated: 11/15/22

/S/
Honorable Paula Xinis
United States District Judge